## MITCHELL *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 83, September Term, 1957.]

*Decided March 25, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The single question raised by the petitioner in this application for leave to appeal from the denial of his petition for a writ of *habeas corpus* is the insufficiency of the evidence to sustain his conviction. We have repeatedly held that this contention is not available on *habeas corpus*. *Fairbanks v. Warden,* 213 Md. 654, 655.

*Application denied, with costs.*